AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Jacolby Bright<br><br>*Defendant(s)* | Case No.<br>20-38 Mag |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2019__ in the parish of __Orleans__ in the
__Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jason Quick, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/2/2020

_____
*Judge's signature*

City and state:   New Orleans, Louisiana     Honorable Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-38** |
| v. | * | **SECTION: MAG** |
| **JACOLBY BRIGHT** | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jason Quick, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant, Jason Quick, is a Special Agent (SA) with the Federal Bureau of Investigation. SA Quick has been assigned to the New Orleans Gang Task Force (NOGTF) since 2006. The NOGTF is charged with investigating gang, illegal drug, and firearm related crimes in the New Orleans area.

### PROBABLE CAUSE

2. On July 27, 2019, Louisiana State Police (LSP) Troopers were patrolling in New Orleans, Louisiana. The Troopers observed a gray 2013 Dodge Challenger travelling westbound on Grant Street disregard a stop sign. The 2013 Dodge Challenger, later determined to be driven by JACOLBY BRIGHT, turned southbound onto Eastview Street in front of the LSP patrol car.

3. The Troopers activated their lights and sirens and conducted a traffic stop in the 4500 block of Eastview Street, New Orleans. BRIGHT exited the vehicle and closed the door on the Dodge Challenger. BRIGHT was advised of the nature of the stop. One of the troopers

1

detected the scent of marijuana emitting from BRIGHT's person. BRIGHT advised the Troopers that the vehicle was not his. The Troopers opened the door to the Dodge Challenger in order to conduct a probable cause search at which time they observed a clear plastic bag containing marijuana near the cupholder of the vehicle. The Troopers also observed a loaded black and silver Springfield Armory, XD45, .45ACP handgun, Serial Number US743865, lying on the driver's side floorboard where BRIGHT's feet would be when driving the vehicle.

4. The Troopers located a burnt hand rolled cigar containing marijuana in the ashtray cup. BRIGHT, who was the only occupant of the vehicle, was advised of his rights per *Miranda*. BRIGHT was determined to be a felon prohibited from possessing a firearm based upon a 2011 felony conviction for Attempted First Degree Murder and Armed Robbery with a Firearm. Orleans Parish Docket Master indicates that BRIGHT was present in court for his guilty plea and therefore is aware of the felony conviction that prohibits him from possessing a firearm. BRIGHT was arrested by LSP.

5. In BRIGHT's first jail call after being arrested by LSP, which was recorded pursuant to the jail's standard policy, BRIGHT described the encounter with LSP to a female caller. During the call, BRIGHT stated that he was in possession of a "ratchet." Based on experience conducting numerous investigations involving New Orleans-based targets, your Affiant knows a "ratchet" is slang for a firearm.

6. Your affiant is aware that the above-described firearm was manufactured in Croatia and imported through Springfield Armory located in Geneseo, Illinois. As a result, the firearm necessarily traveled in interstate commerce before being possessed by BRIGHT in Louisiana. The above-described weapon also meets the definition of a "firearm" in the relevant statutes.

2

7. Based on the above, your affiant submits that there is probable cause to believe that JACOLBY BRIGHT violated Title 18, United States Code, Section 922(g) by being a felon in possession of a firearm on July 27, 2019.

Jason Quick
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me, this 2nd day of March, 2020.
New Orleans, Louisiana.

HONORABLE DANA M. DOUGLAS
U. S. MAGISTRATE JUDGE

3